1  Allison Watkins Mallick (State Bar No. 274934)
   Baker Botts L.L.P.
2  101 California Street
   36th Floor, Suite 3600
3  San Francisco, California 94111
   Telephone: (415) 291-6200
4  Facsimile: (415) 291-6300
   Email: allison.mallick@bakerbotts.com
5

6  Attorney for Defendant
   Union Pacific Railroad Company
7

8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10                    **LOS ANGELES DIVISION**

11 | LOS ANGELES WATERKEEPER, a | Case No. 2:24-cv-09956-RGK-JPR
12 | California non-profit association, |
   |                                     | **JOINT STIPULATION TO EXTEND**
13 |              Plaintiff,             | **TIME TO RESPOND TO**
   |                                     | **COMPLAINT**
14 | v.                                  |
   |                                     | Complaint Filed:    November 18, 2024
15 | UNION PACIFIC RAILROAD COMPANY,     | Service Date:       December 9, 2024
   | a Delaware corporation              | Response Date:      February 7, 2025
16 |                                     | New Response Date:  March 5, 2025
   |              Defendant.             |
17 |                                     | Trial Date:
   |                                     | District Judge: Hon. R. Gary Klausner
18 |                                     | Courtroom 850, Roybal

19

20

21
        Defendant Union Pacific Railroad Company ("UPRR") and Plaintiff Los Angeles
22
   Waterkeeper ("LAW") (the "Parties") wish to extend the time for UPRR to respond to the
23
   Complaint in this matter by thirty (30) days so that UPRR's responsive filing will be due on or
24
   before March 7, 2025.
25
        The Parties have been meeting and conferring regarding potential early resolution of this
26
   case, including the voluntary exchange of information, and conducting voluntary joint site visits
27
   of the UPRR facilities involved in this case. The Parties wish to allow additional time for these
28

settlement discussions to continue.  The Parties agree that it would be a waste of their and the Court's resources for UPRR to file a responsive pleading when this matter may be soon resolved.

IT IS SO STIPULATED.

Dated: January 30, 2025

Respectfully submitted,

BAKER BOTTS L.L.P.

_____
Allison Watkins Mallick (State Bar No. 274934)
Baker Botts L.L.P.
101 California Street
36th Floor, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300
Email: allison.mallick@bakerbotts.com

***Attorney for Defendant***
***Union Pacific Railroad Company***

Dated: January 30, 2025

 */s/ Anthony Barnes*
Anthony M. Barnes (Bar No. 199048)
Email: amb@atalawgroup.com
Erica A. Maharg (Bar No. 279396)
Email: eam@atalawgroup.com
Kenya S. Rothstein (Bar No. 340854)
Email: ksr@atalawgroup.com
Aqua Terra Aeris (ATA) Law Group
8 Rio Vista Ave.
Oakland, CA 94611
Telephone: 917-371-8293

Barak J. Kamelgard (Bar No. 298822)
Email: Barak@lawaterkeeper.org
Benjamin A. Harris (Bar No. 313193)
Email: ben@lawaterkeeper.org
Erina Kwon (Bar No. 235079)
Email: erina@lawaterkeeper.org

| | |
|---|---|
| 1 | Los Angeles Waterkeeper |
| 2 | 360 E. 2nd Street Suite 250<br>Los Angeles, CA 90012<br>Phone: (310) 394-6162 |
| 3 | |
| 4 | William Carlon (Bar No. 305739)<br>Email: william@carlonlaw.com<br>Law Office of William Carlon<br>437 Post Street<br>Napa, CA 94559 |
| 5 | |
| 6 | Tel: (530) 514-411 |
| 7 | ***Attorneys for Plaintiff*** |
| 8 | ***Los Angeles Waterkeeper*** |

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT — - 3 - — CASE NO. 24-CV-09956-RGK-JPR

**ATTESTATION PURSUANT TO CENTRAL DISTRICT LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Allison Watkins Mallick, attest that all other signatories listed in this filing, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

_____
Allison Watkins Mallick

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2025, the foregoing Joint Stipulation to Extend Time to Respond to Complaint was filed with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all registered parties by operation of the Court's electronic filing systems.

_____
Allison Watkins Mallick