1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit association, | Case No. 2:24-cv-09956-RGK-JPR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation | |
| Defendant. | |

The Court, having considered the Parties' Joint Stipulation to Extend Time to Respond to Plaintiff's Complaint and good cause appearing, IT IS HEREBY ORDERED as follows:

1.  The Parties will continue to meet/confer regarding the timeliness of Defendant's response to the Complaint.

2.  Defendant's time to respond to the Complaint is extended until March 7, 2025.

IT IS SO ORDERED.

DATED: _____, 2025          By: _____

Hon. R. Gary Klausner
U.S. District Court Judge