**NOTE: CHANGE MADE BY THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit association,<br><br>Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation<br><br>Defendant. | Case No. 2:24-cv-09956-RGK-JPR<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>[13] |

The Court, having considered the Parties' Joint Stipulation to Extend Time to Respond to Plaintiff's Complaint and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The Parties will continue to meet/confer regarding the timeliness of Defendant's response to the Complaint.

2. Defendant's time to respond to the Complaint is extended until ~~March 7, 2025~~ **3/5/2025**.

IT IS SO ORDERED.

**FURTHER EXTENSION DISFAVORED.**

DATED: **Feb 5**, 2025          By: /s/ Gary Klausner
                                                  Hon. R. Gary Klausner
                                                  U.S. District Court Judge