FILED
CLERK, U.S. DISTRICT COURT

February 27, 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins  DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge SERENA R. MURILLO | ORDER OF THE CHIEF JUDGE<br><br>**25-050** |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Serena R. Murillo,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge R. Gary Klausner to the calendar of Judge Serena R. Murillo:

| | |
|---|---|
| 2:24-cv-09198-RGK-JCx | Estate of James Evans et al v. County of Los Angeles, et al. |
| 2:24-cv-09352-RGK-JPRx | Scottsdale Insurance Company et al v. Amit Jain |
| 2:24-cv-09492-RGK-SKx | Chapter Kris Jackson v. Santander Consumer USA, et al. |
| 2:24-cv-09956-RGK-JPRx | Los Angeles Waterkeeper v. Union Pacific Railroad Company |
| 2:24-cv-10252-RGK-SSCx | Sade Thompson v. County of Los Angeles, et al. |
| 2:24-cv-10736-RGK-KS | Justin Herschel v. Carolyn W. Colvin |
| 2:24-cv-11081-RGK-KSx | Chawki Kairouz, et al. v. Los Angeles County Sheriff's Department, et al. |
| 2:24-cv-11086-RGK-ASx | Oscar T. Bustamante v. Flagstar Bank N.A., et al. |
| 2:24-cv-11110-RGK-Ex | Gabriel C Barrera v. FCA US, LLC, et al. |
| 2:25-cv-00506-RGK-PVCx | Branded Integrations Hospitality Group, LLC v. Michele in the World S.R.L., et al. |
| 5:24-cv-00397-RGK-DFM | Cesar Razo v. Fidencio Guzman |
| 8:24-cv-02687-RGK-JDEx | Great American Insurance Company v. Bisher Aljazzar, et al. |

In the Matter of the
Creation of Calendar for
District Judge Serena R. Murillo                                                              2

On all documents subsequently filed in the case, the Judge initials "SRM" shall be substituted after the case number in place of the initials of the prior Judge.

DATED: February 27, 2025                   _____
                                                         Chief Judge Dolly M. Gee