Allison Watkins Mallick (State Bar No. 274934)
Baker Botts L.L.P.
101 California Street
36th Floor, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300
Email: allison.mallick@bakerbotts.com

Attorney for Defendant
Union Pacific Railroad Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit association,<br><br>Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation<br><br>Defendant. | Case No. 2:24-cv-09956-SRM-JPR<br><br>**JOINT REQUEST AND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY 30 DAYS TO CONTINUE SETTLEMENT DISCUSSIONS**<br><br>Complaint Filed: November 18, 2024<br>Service Date: December 9, 2024<br>Response Date: March 5, 2025<br>[Proposed] New Response Date: April 4, 2025<br><br>Trial Date:<br>District Judge: Hon. Serena R. Murillo<br>Courtroom 9B |

Defendant Union Pacific Railroad Company ("UPRR") and Plaintiff Los Angeles Waterkeeper ("LAWK") (the "Parties") stipulate and agree to extend the time for UPRR to respond to the Complaint (Dkt. 1) in this matter by thirty (30) days and request that the Court extend UPRR's deadline to respond to the Complaint to April 4, 2025. In support of this Joint Request, the Parties state as follows:

1. On November 18, 2024, LAWK filed the Complaint (Dkt 1). Given that LAWK

1     requested waiver of service on December 5, 2024, UPRR's deadline to respond to the Complaint was February 3, 2025 (Dkt. 12).

2. The Parties agreed to one previous extension of UPRR's deadline to answer because they have been engaged in good-faith settlement negotiations. On January 30, 2025, the Parties agreed to extend the time by which UPRR had to respond to the Complaint by thirty (30) days pursuant to Local Rule 8-3 (Dkt. 13), which the Court granted by order dated February 5, 2025 (Dkt. 14). Pursuant to the Court's order, UPRR currently must respond to the Complaint by March 5, 2025.

3. The Parties have been meeting and conferring regarding potential early resolution of this case, including the voluntary exchange of information, and conducting voluntary joint site visits of the UPRR facilities involved in this case.

4. The Parties wish to allow additional time for these settlement discussions to continue. The Parties agree that it would be a waste of their and the Court's resources for UPRR to file a responsive pleading when this matter may be soon resolved. Thus, to conserve the Parties' and the Court's resources, the Parties request that the Court extend the deadline by which UPRR must respond to the Complaint by 30 days, from March 5, 2025, to April 4, 2025.

5. Pre-trial and trial dates have not yet been set.

6. A [Proposed] Order Granting the Parties' Joint Request and Stipulation to Extend Time to Respond to Complaint by 30 Days to Continue Settlement Discussions is being filed concurrently herewith.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: March 3, 2025 | Respectfully submitted, |
| 2 | | BAKER BOTTS L.L.P. |

/s/Allison Watkins Mallick
Allison Watkins Mallick (State Bar No. 274934)
Baker Botts L.L.P.
101 California Street
36th Floor, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300
Email: allison.mallick@bakerbotts.com

***Attorney for Defendant***
***Union Pacific Railroad Company***

Dated: March 3, 2025

/s/Anthony Barnes
Anthony M. Barnes (Bar No. 199048)
Email: amb@atalawgroup.com
Erica A. Maharg (Bar No. 279396)
Email: eam@atalawgroup.com
Kenya S. Rothstein (Bar No. 340854)
Email: ksr@atalawgroup.com
Aqua Terra Aeris (ATA) Law Group
8 Rio Vista Ave.
Oakland, CA 94611
Telephone: 917-371-8293

Barak J. Kamelgard (Bar No. 298822)
Email: Barak@lawaterkeeper.org
Benjamin A. Harris (Bar No. 313193)
Email: ben@lawaterkeeper.org
Erina Kwon (Bar No. 235079)
Email: erina@lawaterkeeper.org
Los Angeles Waterkeeper
360 E. 2nd Street Suite 250
Los Angeles, CA 90012
Phone: (310) 394-6162

William Carlon (Bar No. 305739)
Email: william@carlonlaw.com
Law Office of William Carlon
437 Post Street
Napa, CA 94559
Tel: (530) 514-411

***Attorneys for Plaintiff***
***Los Angeles Waterkeeper***

**ATTESTATION PURSUTAN TO CENTRAL DISTRICT LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Allison Watkins Mallick, attest that all other signatories listed in this filing, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

*/s/Allison Watkins Mallick*
Allison Watkins Mallick

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2025, the foregoing Joint Stipulation to Extend Time to Respond to Complaint was filed with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all registered parties by operation of the Court's electronic filing systems.

*/s/Allison Watkins Mallick*
Allison Watkins Mallick