1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| 9  LOS ANGELES WATERKEEPER, a California non-profit association, | Case No. 2:24-cv-09956-SRM-JPR |
| 10        Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT REQUEST AND** |
| 11  v. | **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S** |
| 12  UNION PACIFIC RAILROAD COMPANY, | **COMPLAINT BY 30 DAYS TO CONTINUE SETTLEMENT** |
| 13  a Delaware corporation | **DISCUSSIONS** |
| 14        Defendant. | Complaint Filed:     November 18, 2024 |
| 15 | Service Date:        December 9, 2024 |
| | Response Date:       March 5, 2025 |
| 16 | [Proposed] New Response Date:    April 4, 2025 |
| 17 | |

18        The Court, having considered the Parties' Joint Stipulation to Extend Time to Respond to

19  Plaintiff's Complaint by 30 Days to Continue Settlement Discussions and good cause appearing,

20  IT IS HEREBY ORDERED as follows:

21        1.  The Parties will continue to meet/confer regarding the timeliness of Defendant's

22            response to the Complaint.

23        2.  Defendant's time to respond to the Complaint is extended until April 4, 2025.

24  IT IS SO ORDERED.

25
26
27        DATED: _____, 2025        By: _____
28                                          Hon. Serena R. Murillo U.S. District Court Judge

[PROPOSED] ORDER GRANTING JOINT
STIPULATION TO EXTEND TIME TO RESPOND TO
PLAINTIFF'S COMPLAINT BY 30 DAYS TO
CONTINUE SETTLEMENT DISCUSSIONS

CASE NO. 24-cv-09956-RGK-JPR