Name and address:
Theodore W. Chandler (Cal. Bar No. 219456)
<ted.chandler@bakerbotts.com>
1801 Century Park East, Suite 2400
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES WATERKEEPER

Plaintiff(s)

v.

UNION PACIFIC RAILROAD COMPANY

Defendant(s).

CASE NUMBER

2:24-cv-09956-SRM-JPR

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE*

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Wood, Jeffrey H.                                    of    BAKER BOTTS L.L.P.
*Applicant's Name (Last Name, First Name & Middle Initial)*    700 K Street, NW
202.639.7700          202.639.7890                        Washington, D.C. 20001
*Telephone Number     Fax Number*
jeff.wood@bakerbotts.com
*E-Mail Address*                                         *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Union Pacific Railroad Company

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s) ☒ Defendant(s)    Other: _____

**and designating as Local Counsel**
Chandler, Theodore W.                              of    BAKER BOTTS L..L.P.
*Designee's Name (Last Name, First Name & Middle Initial)*    1801 Century Park East
219456       213.202.5702       213.202.5732            Suite 2400
*Designee's Cal. Bar No.   Telephone Number   Fax Number*    Los Angeles, CA 90067
ted.chandler@bakerbotts.com
*E-Mail Address*                                         *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
          ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
          ☐ for failure to complete Application: _____
          ☐ pursuant to L.R. 83-2.1.3.2:   ☐ Applicant resides in California;   ☐ previous Applications listed indicate Applicant
          ☐ is regularly employed or engaged in business, professional, or other similar activities in California.
          ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:   ☐ is not member of Bar of this Court;   ☐ does not maintain office in District.
          ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**   be refunded   not be refunded.

**Dated** _____        _____
                                        **U.S. District Judge/U.S. Magistrate Judge**