Allison Watkins Mallick (State Bar No. 274934)
Baker Botts L.L.P.
101 California Street
36th Floor, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300
Email: allison.mallick@bakerbotts.com

[*Additional Counsel on Signature Page*]

Attorney for Defendant
Union Pacific Railroad Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit association,<br><br>Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation<br><br>Defendant. | Case No. 2:24-cv-09956-SRM-JPR<br><br>**JOINT STIPULATION TO APPEAR REMOTELY FOR THE RULE 26(F) SCHEDULING CONFERENCE** |

Defendant Union Pacific Railroad Company ("UPRR") and Plaintiff Los Angeles Waterkeeper ("LAW") (the "Parties") jointly stipulate, if the Court so agrees, to attend the Rule 26(f) Scheduling Conference on July 17, 2025 at 2:00 p.m. remotely via Zoom.

On July 3, 2025, the Parties jointly filed a Rule 26(f) report with a proposed case schedule and identifying no scheduling or other disputes necessitating the Court's resolution at this time. Moreover, the Parties have been consistently meeting and conferring regarding potential early resolution of this case and have made good progress toward an amicable resolution, which would take the form of a

proposed consent decree. Likewise, counsel of record will be traveling in other cities on the date of the Scheduling Conference. The Parties further agree that it would be reduce the costs and burdens on the Parties and this Court for the Scheduling Conference to occur remotely, if the Court is so inclined. In accordance with the local rules, a declaration supporting this request is filed herewith.

IT IS SO STIPULATED.

Dated: July 9, 2025

Respectfully submitted,

BAKER BOTTS L.L.P.

_____
Allison Watkins Mallick (State Bar No. 274934)
Baker Botts L.L.P.
101 California Street
36th Floor, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300
Email: allison.mallick@bakerbotts.com

Jeffrey H. Wood (*pro hac vice*)
Baker Botts L.L.P.
700 K Street, N.W.
Washington, D.C. 20001
Telephone: (202) 639-7732
Facsimile: (202) 508-9337
Email: jeff.wood@bakerbotts.com

Theodore W. Chandler (State Bar No. 219456)
Baker Botts L.L.P.
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (213) 202-5702
Facsimile: (213) 202-5732
Email: ted.chandler@bakerbotts.com

*Attorneys for Defendant*

*Union Pacific Railroad Company*

Dated: July 9, 2025

   */s/ Anthony Barnes*
Anthony M. Barnes (Bar No. 199048)
Email: amb@atalawgroup.com
Erica A. Maharg (Bar No. 279396)
Email: eam@atalawgroup.com
Kenya S. Rothstein (Bar No. 340854)
Email: ksr@atalawgroup.com
Aqua Terra Aeris (ATA) Law Group
8 Rio Vista Ave.
Oakland, CA 94611
Telephone: 917-371-8293

Benjamin A. Harris (Bar No. 313193)
Email: ben@lawaterkeeper.org
Erina Kwon (Bar No. 235079)
Email: erina@lawaterkeeper.org
Los Angeles Waterkeeper
360 E. 2nd Street Suite 250
Los Angeles, CA 90012
Phone: (310) 394-6162

William Carlon (Bar No. 305739)
Email: william@carlonlaw.com
Law Office of William Carlon
437 Post Street
Napa, CA 94559
Tel: (530) 514-411

*Attorneys for Plaintiff*
*Los Angeles Waterkeeper*

# ATTESTATION PURSUANT TO CENTRAL DISTRICT LOCAL RULE 5-4.3.4(a)(2)(i)

I, Allison Watkins Mallick, attest that all other signatories listed in this filing, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

_____
Allison Watkins Mallick