1 | Allison Watkins Mallick (State Bar No. 274934)
2 | Baker Botts L.L.P.
3 | 101 California Street
4 | 36th Floor, Suite 3600
5 | San Francisco, California 94111
  | Telephone: (415) 291-6200
  | Facsimile: (415) 291-6300
  | Email: allison.mallick@bakerbotts.com

6 | Attorney for Defendant
7 | Union Pacific Railroad Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit association,<br><br>Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation<br><br>Defendant. | Case No. 2:24-cv-09956-SRM-JPR<br><br>**DECLARATION OF ALLISON WATKINS MALLICK IN SUPPORT OF JOINT STIPULATION TO APPEAR REMOTELY FOR THE RULE 26(F) SCHEDULING CONFERENCE** |

1. I am a partner at the law firm Baker Botts L.L.P. in San Francisco, and Counsel for Defendant Union Pacific Railroad Company ("UPRR") in this action. I submit this declaration in support of the Joint Stipulation to Appear Remotely for the Rule 24(f) Scheduling Conference, filed today by UPRR and Plaintiff Los Angeles Waterkeeper ("LAW") (the "Parties"). I make this declaration on the basis of personal knowledge gained from my participation in the case.

2. The Parties have been meeting and conferring regarding potential early resolution of this case, including the voluntary exchange of information and

conducting voluntary joint site visits of the UPRR facilities involved. The Parties have made good progress toward an amicable resolution, which would take the form of a proposed consent decree.

3. I will be traveling in other cities on and around the date of the Scheduling Conference. My co-counsel, Mr. Wood (*pro hac vice pending*), would intend to travel from Washington, D.C., to attend the hearing in person, with local counsel. Counsel for Plaintiff has also informed me that attending the Scheduling Conference will require travel.

4. The Parties in this case identified no scheduling or other disputes in the Rule 26(f) report necessitating judicial resolution at this time.

5. The Parties agree that it would reduce burdens and costs on the Parties and the Court for the scheduling conference to be held remotely, particularly when this matter may be soon resolved.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 9, 2025

Allison Watkins Mallick