1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit association,<br><br>Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation<br><br>Defendant. | Case No. 2:24-cv-09956-SRM-JPR<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO APPEAR REMOTELY FOR THE RULE 26(F) SCHEDULING CONFERENCE [ECF NO. 26]** |

# **ORDER**

The Court, having considered the Parties' Joint Stipulation to Appear Remotely for the Rule 26(f) Scheduling Conference and finding good cause, hereby GRANTS the Joint Stipulation to Appear Remotely for the Rule 26(f) Scheduling Conference and ORDERS as follows:

1. Defendant and Plaintiff be permitted to appear remotely via Zoom for the Scheduling Conference currently set for Thursday, July 17, 2025 at 2:00 p.m. [ECF No. 21].

**IT IS SO ORDERED.**

DATED: _____, 2025    _____
　　　　　　　　　　　　　　Hon. Serena R. Murillo
　　　　　　　　　　　　　　U.S. District Court Judge