___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 2:24-cv-09956-SRM (JPRx)                                    Date: July 7, 2025
Title: Los Angeles Waterkeeper v. Union Pacific Railroad Company

___

Present: **HONORABLE SERENA R. MURILLO, UNITED STATES DISTRICT JUDGE**

| Gabriela Garcia | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:          Attorneys Present for Defendant:

Not Present                                              Not Present

**PROCEEDINGS:**          **SCHEDULING ORDER**

The Court, having reviewed the pleadings and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), **VACATES** the Scheduling Conference set for 7/17/2025, and sets the following schedule:

| | |
|---|---|
| Check one:  ☐ Jury Trial   or   ☒ Bench Trial **[Tuesday at 9:00 a.m.]** | **10/20/26** |
| Parties' *Estimated* Trial Length | **4-6 Days** |
| Final Pretrial Conference & Hearing on Motions *in Limine* **[Thursday at 2:00 p.m.]** | **10/1/26** |
| Last Date to **Hear** Motion to Amend Pleadings or Add Parties **[Thursday]** | **8/28/25** |
| Fact Discovery Cut-Off | **4/16/26** |
| Expert Disclosure (Initial) | **4/23/26** |
| Expert Disclosure (Rebuttal) | **5/7/26** |
| Expert Discovery Cut-Off | **5/21/26** |
| Last Date to **Hear** Motions **[Thursday]** | **7/9/26** |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>   Select one: ☒ 1. Magistrate Judge<br>                     ☐ 2. Court Mediation Panel<br>                     ☐ 3. Private Mediation | **7/23/26** |

___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:24-cv-09956-SRM (JPRx)                                      Date: July 7, 2025
Title: Los Angeles Waterkeeper v. Union Pacific Railroad Company

| | |
|---|---|
| Trial Filings (first round)<br>• Motions *in Limine*<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | **9/3/26** |
| Trial Filings (second round)<br>• Oppositions to Motions *in Limine*<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | **9/17/26** |

**cc: ADR**                                                     Initials of Deputy Clerk:  gga