1 | Allison Watkins Mallick (State Bar No. 274934)
  | Baker Botts L.L.P.
2 | 101 California Street
  | 36th Floor, Suite 3600
3 | San Francisco, California 94111
  | Telephone: (415) 291-6200
4 | Facsimile: (415) 291-6300
  | Email: allison.mallick@bakerbotts.com

5

[*Additional Counsel on Signature Page*]

6

7 | Attorney for Defendant
  | Union Pacific Railroad Company

8

9 | **UNITED STATES DISTRICT COURT**

10 | **CENTRAL DISTRICT OF CALIFORNIA**

11 | **LOS ANGELES DIVISION**

12 | LOS ANGELES WATERKEEPER, a
   | California non-profit association,

Case No. 2:24-cv-09956-SRM-JPR

13

14 | Plaintiff,

**DEFENDANT UNION PACIFIC RAILROAD COMPANY'S CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES**

15 | v.

16 | UNION PACIFIC RAILROAD
   | COMPANY, a Delaware corporation

17

18 | Defendant.

19

20

21

22

23

24

25

26

27

28

DEFENDANT UNION PACIFIC RAILROAD COMPANY'S CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES

- 1 -

CASE NO. 24-cv-09956-SRM-JPR

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for certifies that as of this date, Defendant Union Pacific Railroad ("Defendant" or "UPRR") was formerly known as Southern Pacific Transportation Company (name changed February 1, 1998). UPRR, a Delaware corporation, is a wholly owned subsidiary of Union Pacific Corporation, a Utah corporation. Union Pacific Corporation is publicly traded on the New York Stock Exchange under the symbol "UNP."

Pursuant to Local Rule 7.1-1 for the Central District of California, the undersigned, counsel of record for Defendant, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.    Los Angeles Water Keeper ("LAWK") (Plaintiff);

2.    UPRR (Defendant); and

3.    Union Pacific Corporation (Parent Company of Defendant).

Defendant acknowledges its continuing obligation to file an amended Notice of Interested Parties upon discovery of any additional relevant information.

Dated: July 18, 2025                    Signature, Attorneys of Record for Defendant

BAKER BOTTS L.L.P.

_____
Allison Watkins Mallick (State Bar No. 274934)
Baker Botts L.L.P.
101 California Street
36th Floor, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300
Email: allison.mallick@bakerbotts.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Jeffrey H. Wood (*pro hac vice*)
Baker Botts L.L.P.
700 K Street, N.W.
Washington, D.C. 20001
Telephone: (202) 639-7732
Facsimile: (202) 508-9337
Email: jeff.wood@bakerbotts.com

Theodore W. Chandler (State Bar No. 219456)
Baker Botts L.L.P.
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (213) 202-5702
Facsimile: (213) 202-5732
Email: ted.chandler@bakerbotts.com

DEFENDANT UNION PACIFIC RAILROAD
COMPANY'S CORPORATE DISCLOSURE
STATEMENT AND LOCAL RULE 7.1-1 NOTICE OF
INTERESTED PARTIES

- 3 -

CASE NO. 24-CV-09956-SRM-JPR