Anthony M. Barnes (Bar No. 199048)
Email: amb@atalawgroup.com
Erica Maharg (Bar No. 279396)
Email: eam@atalawgroup.com
Kenya Rothstein (Bar No. 340854)
Email: ksr@atalawgroup.com
Aqua Terra Aeris Law Group
8 Rio Vista Ave.
Oakland, CA 94611
Telephone: (917) 371-8293

Erina S. Kwon (Bar No. 235079)
Email: erina@lawaterkeeper.org
Benjamin Harris (Bar No. 313193)
Email: ben@lawaterkeeper.org
LOS ANGELES WATERKEEPER
360 E 2nd Street, Suite 250
Los Angeles, CA 90012
Phone: (310) 394-6162

Attorneys for Plaintiff
LOS ANGELES WATERKEEPER

*Attorneys for Plaintiff*
LOS ANGELES WATERKEEPER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit association,<br><br>Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation,<br><br>Defendant. | Case No. 2:24-cv-09956-SRM-JPR<br><br>**NOTICE OF TENTATIVE SETTLEMENT; NOTICE OF COMMENCEMENT OF 45-DAY REVIEW PERIOD**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 et seq.)** |

1  WILLIAM CARLON (Bar No. 305739)
   Email: william@carlonlaw.com
2  LAW OFFICE OF WILLIAM CARLON
3  437 Post Street
   Napa, CA 94559
4  Tel: (530) 514-4115
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF TENTATIVE SETTLEMENT; NOTICE OF COMMENCEMENT OF 45-DAY REVIEW PERIOD

1     PLEASE TAKE NOTICE that the parties have reached a tentative settlement in this proceeding. Their agreement is reflected in the Proposed Consent Decree attached to this notice as "**Exhibit 1**," a copy of which has been sent to the United States Department of Justice ("DOJ") and the United States Environmental Protection Agency ("EPA") for a 45-day review period as required under section 135.5 of Title 40 of the Code of Federal Regulations.

     PLEASE ALSO TAKE NOTICE of the commencement of the 45-day review period. On January 30, 2025, Plaintiff sent the Proposed Consent Decree to the U.S. Department of Justice and the U.S. Environmental Protection Agency (collectively, "Agencies") and notified the Agencies of the need to the commence their mandatory 45-day review period under the Clean Water Act. 40 C.F.R. § 135.5. *See* **Exhibit 2**. Plaintiff then followed up with the Agencies on February 2, 2026. *See* **Id.** Plaintiff has not heard back from the Agencies. The Agencies received the proposed consent decree on Janaury 31, 2026. The mandatory review period thus ends on March 17, 2026. The Clean Water Act prevents entry of the consent decree prior to the expiration of the Agencies' mandatory review period. 40 C.F.R. § 135.5. ("[T]he consent judgment shall not be entered prior to 45 days following receipt by both the Administrator and the Attorney General of a copy of the consent judgment.") At the end of the 45-day review period, Plaintiff will notify the Court of any objections received from the reviewing agencies and will submit the proposed consent decree for consideration and approval by this Court.

     Should the Court require any additional information, the undersigned will be pleased to provide it upon request.

DATED: February 4, 2026               */s/ Anthony M. Barnes*
                                      Anthony M. Barnes
                                      Aqua Terra Aeris Law Group
                                      Attorneys for Plaintiff
                                      LOS ANGELES WATERKEEPER