# EXHIBIT 2

| | |
|---|---|
| From: | Anthony M. Barnes |
| To: | citizensuitdocs.enrd@usdoj.gov; Bowen, Bryn (ENRD) |
| Cc: | Wood, Jeffrey; Erina Kwon; Ben Harris; Watkins Mallick, Allison; Seitz, Bart; Pu, Yuyan; Kenya S. Rothstein |
| Subject: | Los Angeles Waterkeeper v. Union Pacific Railroad Company- Complaint / Proposed Consent Decree |
| Date: | Saturday, January 31, 2026 10:31:00 AM |
| Attachments: | 2026.01.30 LAW v UP Consent Decree_Final.pdf |
| | 0001 - complaint Union Pacific.pdf |
| | 0001-1 - exhibit A.pdf |

Dear United States Department of Justice Environment and Natural Resources Division,

Please find attached a fully executed Proposed Consent Decree in the matter of LA Waterkeeper v. Union Pacific Railroad Company, e 2:24-cv-09956-SRM-JPR. Opposing counsel is copied on this mail. Please note a hard copy of the proposed consent decree will <u>not be sent</u> to the address below unless specifically requested. However, a hard copy will be sent to the EPA.

Please kindly advise of the review period once the official receipt date is established.

*45 Day Review Period. If the parties choose to resolve a citizen suit rather than continue with litigation, the statutory citizen suit provisions require that any settlement be entered as a consent judgment and that the United States be given at least 45 days to review any proposed agreement before its entry by the Court. The United States typically uses the entirety of its 45-day comment period. At the end of that period, the United States files a letter or pleading with the Court stating whether the United States objects to the proposed agreement and providing any comments on the document.*

Citizen Suit Coordinator
Environment and Natural Resources Division
Law and Policy Section
P.O. Box 7415
Ben Franklin Station
Washington, DC 20044-7415

Regards,

Tony Barnes
ATA Law Group
c. 917.371.8293
amb@atalawgroup.com
www.atalawgroup.com

| | |
|---|---|
| From: | Anthony M. Barnes |
| To: | CitizenSuitDocs.ENRD@usdoj.gov; Bryn Bowen |
| Cc: | Jeffrey Wood; Erina Kwon; Ben Harris; Allison Watkins Mallick; Bart Seitz; Yuyan Pu; Kenya S. Rothstein |
| Subject: | Re: Los Angeles Waterkeeper v. Union Pacific Railroad Company- Complaint / Proposed Consent Decree |
| Date: | Monday, February 2, 2026 2:25:11 PM |

Following up on the below please. Thank you.

Tony Barnes
ATA Law Group
c. 917.371.8293
amb@atalawgroup.com
www.atalawgroup.com

> On Jan 31, 2026, at 10:31 AM, Anthony M. Barnes <amb@atalawgroup.com> wrote:
>
> Dear United States Department of Justice Environment and Natural Resources Division,
>
> Please find attached a fully executed Proposed Consent Decree in the matter of LA Waterkeeper v. Union Pacific Railroad Company, e 2:24-cv-09956-SRM-JPR. Opposing counsel is copied on this mail. Please note a hard copy of the proposed consent decree will *not be sent* to the address below unless specifically requested. However, a hard copy will be sent to the EPA.
>
> Please kindly advise of the review period once the official receipt date is established.
>
> *45 Day Review Period. If the parties choose to resolve a citizen suit rather than continue with litigation, the statutory citizen suit provisions require that any settlement be entered as a consent judgment and that the United States be given at least 45 days to review any proposed agreement before its entry by the Court. The United States typically uses the entirety of its 45-day comment period. At the end of that period, the United States files a letter or pleading with the Court stating whether the United States objects to the proposed agreement and providing any comments on the document.*
>
> Citizen Suit Coordinator
> Environment and Natural Resources Division
> Law and Policy Section
> P.O. Box 7415
> Ben Franklin Station
> Washington, DC 20044-7415

Case 2:24-cv-09956-SRM-JPR    Document 30-2    Filed 02/04/26    Page 4 of 4    Page ID
                                              #:297

Regards,

Tony Barnes
ATA Law Group
c. 917.371.8293
amb@atalawgroup.com
www.atalawgroup.com

<2026.01.30 LAW v UP Consent Decree_Final.pdf>
<0001 - complaint Union Pacific.pdf>
<0001-1 - exhibit A.pdf>