ANTHONY M. BARNES (Bar No. 199048)
Email: amb@atalawgroup.com
THERESA M. TRILLO (Bar No. 349989)
Email: tt@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
8 Rio Vista Ave.
Oakland, CA 94611
Telephone: (917) 371-8293

ERINA KWON (Bar No. 235079)
Email: erina@lawaterkeeper.org
BENJAMIN A. HARRIS (Bar No. 313193)
Email: ben@lawaterkeeper.org
LOS ANGELES WATERKEEPER
360 E. 2nd Street, Suite 250
Los Angeles, CA 90012
Telephone: (310) 394-6162

*Attorneys for Plaintiff*
LOS ANGELES WATERKEEPER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit association, <br><br> Plaintiff, <br><br> v. <br><br> UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation, <br><br> Defendant. | Case No.: 2:24-cv-09956-SRM-JPR <br><br> **NOTICE OF NO OBJECTION TO [PROPOSED] CONSENT DECREE; NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE** |

NOTICE OF NO OBJECTION; NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE

WILLIAM CARLON (Bar No. 305739)
Email: william@carlonlaw.com
LAW OFFICE OF WILLIAM CARLON
437 Post Street
Napa, CA 94559
Tel: (530) 514-4115

2

WHEREAS, on January 30, 2026, LOS ANGELES WATERKEEPER ("Plaintiff") and Defendant UNION PACIFIC RAILROAD COMPANY. ("Defendant") (collectively, "the Parties") agreed on a tentative settlement resolving the issues raised in Plaintiff's complaint; and

WHEREAS, Plaintiff Los Angeles Waterkeeper respectfully notices the Court that the U.S. Department of Justice has received the [Proposed] Consent Decree in this action and does not object to its entry by the Court. *See* **Exhibit 1**; and

WHEREAS, on February 4, 2026, Plaintiff filed a Notice of Tentative Settlement and requested the Court not consider and approve the proposed Consent Decree until a mandatory period for comment by the United States had passed pursuant to United States Code, title 33, section 1365(c)(3) and Code of Federal Regulations, title 40, section 135.5 (ECF No. 11); and

WHEREAS, on March 17, 2026, the United States Department of Justice mandatory 45-day review period for comment expired and the United States did not object to the [Proposed] Consent Decree; and

WHEREAS, the Court may review and enter the [Proposed] Consent Decree into judgment provided the Court does not take issue with the [Proposed] Consent Decree, which includes a request that the Court retain jurisdiction to enforce the terms of the [Proposed] Consent Decree if necessary; and

WHEREAS, on March 18, 2026, Plaintiff submitted a [Proposed] Consent Decree to the Court for approval and entry.

THEREFORE, Plaintiff hereby requests the Court sign the [Proposed] Consent Decree, a true and correct copy of which is attached to this Notice of Lodging as "**Exhibit 2**," and enter the Consent Decree as judgment.

NOTICE OF NO OBJECTION; NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE

Dated: March 17, 2026

Respectfully submitted,

*/s/ Anthony M. Barnes*
Anthony M. Barnes
Attorneys for Plaintiff
Los Angeles Waterkeeper

4

NOTICE OF NO OBJECTION; NOTICE OF LODGING OF [PROPOSED] CONSENT
DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE