**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

LOS ANGELES WATERKEEPER

                                        PLAINTIFF(S),

        v.

UNION PACIFIC RAILROAD COMPANY

                                        DEFENDANT(S).

CASE NUMBER:

    2:24–cv–09956–SRM–JPR

**NOTICE OF REASSIGNMENT**
**OF CASE DUE TO UNAVAILABILITY**
**OF JUDICIAL OFFICER**

To:  All Counsel Appearing of Record

        The Magistrate Judge to whom the above–entitled case was previously assigned is no longer available.

        YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above–entitled case has been returned to the Clerk for direct reassignment.

        Accordingly, this case has been reassigned to:

        Hon.    Diana M. Kwok    , Magistrate Judge for:

        any discovery and/or post–judgment matters that may be referred

        Please substitute the initials of the newly assigned Magistrate Judge so that the new case number will read:    2:24–cv–09956–SRM(DMKx)    . This is very important because documents are routed by the initials.


                                                Clerk, U.S. District Court

  March 24, 2026                               By:  /s/ *Nancy Hackney*
  Date                                              Deputy Clerk


G–74 (04/14) NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER