# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES WATERKEEPER, a California nonprofit association

Plaintiff(s)

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation

Defendant(s)

CASE NUMBER

24-cv-09956

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

☒ The Court hereby orders that the request of:

Union Pacific Railroad Company ☐ Plaintiff ☒ Defendant ☐ Other ______
*Name of Party*

☒ to substitute Robert Charles Bylsma who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

24125 Aldine Westfield Road
*Street Address*

Spring, TX 77373
*City, State, Zip*

rcbylsma@up.com
*E-Mail Address*

281-350-7533
*Telephone Number*

N/A
*Fax Number*

148883
*State Bar Number*

as attorney of record instead of Allison Watkins Mallick, Jeffrey H. Wood, Theodore Chandler
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ **GRANTED** ☐ **DENIED**

☒ The Court hereby orders that the request of Allison Watkins Mallick, Jeffrey H. Wood, Theodore Chandler
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for Union Pacific Railroad Company

**is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated ______________

______________________________
U. S. District Judge/U.S. Magistrate Judge