**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California nonprofit association<br>Plaintiff(s)<br>v.<br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation<br>Defendant(s) | CASE NUMBER<br>2:24-cv-09956-SRM (DMKx)<br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒ The Court hereby orders that the request of:

Union Pacific Railroad Company ☐ Plaintiff ☒ Defendant ☐ Other ______
*Name of Party*

☒ to substitute Robert Charles Bylsma who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

24125Aldine Westfield Road
*Street Address*

Spring,TX77373 — *City, State, Zip*
rcbylsma@up.com — *E-Mail Address*

281-350-7533 — *Telephone Number*
N/A — *Fax Number*
148883 — *State Bar Number*

as attorney of record instead of Allison Watkins Mallick, Jeffrey H. Wood, Theodore Chandler
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ **GRANTED** ☐ **DENIED**

☒ The Court hereby orders that the request of ______.
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for ______

**is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated November 10, 2026

Hon. Serena R. Murillo, U. S. District Judge